UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EMPIRE COMMUNITY DEVELOPMENT, LLC,
                        Plaintiff,

-against-

DANVILLE BLAIR, et al.,
                        Defendants.
------------------------------------------------------------- X

24 Civ. 1486 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 17, 2024.

WHEREAS, on March 26, 2024, Plaintiff filed proof of service on the docket.

WHEREAS, Defendants have not appeared in this action.

WHEREAS, on April 3, 2024, Plaintiff filed proposed certificates of default as to each Defendant. The same day, the Clerk of Court issued certificates of default as to each Defendant.

WHEREAS, Plaintiff has not filed default judgment papers.

WHEREAS, the parties have not filed their initial pretrial conference materials. It is hereby

**ORDERED** that the April 17, 2024, initial pretrial conference is **CANCELLED** pending consideration of Plaintiff's anticipated motion for default judgment. If Plaintiff intends to move for default judgment, Plaintiff shall file its default judgment papers by **May 1, 2024.** If Plaintiff does not intend to move for default judgment, Plaintiff shall file a letter as soon as possible and no later than **April 16, 2024,** informing the Court and requesting that the initial pretrial conference be reinstated.

Dated: April 11, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE